STATE OF NEW JERSEY v. LOUIS J. DECIBUS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO WALKER.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILFREDO RODRIGUEZ.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN BALISNOMO.

September 11, 1987.

Petition for certification denied.